UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, *ex rel.* H Remidez, LLC (Relator), | Civ. No. 24-sc-2985 (JWB/EMB) |
| Plaintiffs, | **ORDER** |
| v. | |
| Foresight Bank; Profinium, Inc.; The Loan Source, Inc.; Atlantic Union Bank; Chickasaw Community Bank; Citizens Bank and Trust; Community West Bank, N.A.; Cornerstone Community Bank; Dakota Western Bank; Farmers and Merchants Bank; First State Bank; First Community Bank of Central Alabama; Flatwater Bank; Georgia Primary Bank; Insbank; Legacy Bank & Trust Company; Lexicon Bank; Liftfund, Inc.; Merchants Bank of Indiana; Mission Valley Bank; Osgood Bank, d/b/a Osgood State Bank; The Bank of Commerce; and Vibrance Credit Union, | |
| Defendants. | |

---

Lucas B. Draisey, Esq., DOJ-USAO, counsel for Plaintiff United States of America.

David L. Scher, Esq., Hoyer Law Group, PLLC and Susan M. Coler, Esq., Halunen Law, counsel for Plaintiff H Remidez, LLC.

---

This case is before the Court on the United States of America's Notice of Election to Decline Intervention and Request for Lifting of the Seal. (Doc. No. 17.) Based on the Notice, **IT IS HEREBY ORDERED** that:

2

1. The Relator's Complaint (Doc. No. 1), the Notice of Election to Decline Intervention and Request for Lifting of the Seal (Doc. No. 17), and this Order (Doc. No. 20) be unsealed, and served upon Defendants by the Relator within 90 days after the date this Order is filed;

2. The United States of America's sealed memoranda at Doc. Nos. 6 and 11 shall remain under seal;

3. All other sealed filings on the docket shall be unsealed, and the seal is hereby lifted for all future filings in this action; and

4. If Relator or Defendant(s) proposes that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States under 31 U.S.C. § 3730(b)(1) before ruling or granting its approval.

Date: September 30, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge